BARRY PASTERNACK, SBN 134996
pasternacklaw@gmail.com
ADRIAN TERRADO, SBN 299771
adrian.terrado@gmail.com
**LAW OFFICE OF BARRY PASTERNACK**
1230 Columbia Street, Suite 930
SAN DIEGO, CALIFORNIA 92101
TELEPHONE: (619) 230-1007

Attorneys for Plaintiff: Raphael Ricks

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAPHAEL RICKS,<br><br>  Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>  Defendant. | CASE NO. **'17CV1016 H    BGS**<br><br>**PLAINTIFF'S COMPLAINT FOR INJURIES BASED ON:**<br><br>1. NEGLIGENCE (FTCA) |

Comes now Plaintiff, RAPHAEL RICKS, and for his causes of action against Defendant UNITED STATES OF AMERICA, and complains and alleges based on information and belief, as follows:

**JURISDICTION AND VENUE**

1. This action is brought pursuant to the Federal Tort Claims Act (FTCA), 28 U.S.C. §§ 1346(b), 2671 *et seq*., against the United States of America, which vests exclusive subject matter jurisdiction of Federal Tort Claims litigation in the Federal District Court.

2. Venue is proper in the Southern District of California pursuant to 28 U.S.C. §§

COMPLAINT FOR DAMAGES, NEGLIGENCE (FTCA)

1391(b)(1) and/or 1391(b)(2), as well as 28 U.S.C. § 1391(e)(1), because the United States is a defendant, plaintiff resides within this judicial district, and a substantial part of the events giving rise to this claim occurred within the judicial district of the Southern District of California.

## NATURE OF THE ACTION

3.      This is a personal injury action arising out of the disclosure of a misdiagnosis of AIDS instead of HIV positive in January 2010 by the United States VA San Diego Health Care System.

## PARTIES

4.      At all times relevant hereto, plaintiff Raphael Ricks was a competent adult who was and still is a resident in San Diego, California.

5.      At all relevant times, the defendant, the United States of America, acted through its agency, the United States Department of Veterans Affairs.

6.      At all times herein mentioned, defendant's agents, servants, employees, assignees of the DVA were acting within the time, purpose, course and scope of such relationship.

7.      At all times herein mentioned, defendant's agents, servants, employees, assignees of the DVA were acting within the time, purpose, course and scope of such agency or permission; and all acts or omissions alleged herein of each such defendant were authorized, adopted, approved, or ratified by the defendant.

## STATUTORY BASIS OF LIABILITY AGAINST
## THE UNITED STATES OF AMERICA

8.      This case is brought against the United States of America pursuant to 28 U.S.C.

LAW OFFICE OF
BARRY PASTERNACK
1230 columbia Street,
Suite 930
San Diego, CA 92101

COMPLAINT FOR DAMAGES, NEGLIGENCE (FTCA)

§ 2671 *et seq.*, commonly referred to as the "Federal Torts Claim Act." Liability of the United States is predicated specifically on 28 U.S.C. §§ 1346 (b)(1) and 2674 because the personal injuries and resulting damages that form the basis of this complaint, were proximately caused by the negligence, wrongful acts and/or omissions of employees of the United States of America through its agency, the United States Department of Veterans Affairs. These employees were acting within the course and scope of their office of employment, under circumstances where the United States of America, if a private person, would be liable to the plaintiff in the same manner and to the same extent as a private individual under the laws of the State of California.

9. Pursuant to 28 U.S.C. § 2675, this claim was presented to the appropriate agency of Defendant, the United States of America, namely the United States Department of Veterans Affairs on July 1, 2014, for the claims of Plaintiff Raphael Ricks. The claim was originally denied on January 11, 2016, and the reconsideration was denied on November 18, 2016.

## **FIRST CAUSE OF ACTION- NEGLIGENCE**

**(Against Defendant, United States of America)**

10. Plaintiff incorporates by reference each and every prior and subsequent allegation as though fully set forth herein.

11. At all times relevant hereto, defendant, the United States of America, owed a duty to persons who were patients of the Department of Veterans Affairs, San Diego Healthcare.

12. At all times relevant hereto, defendant had a duty to act reasonably to avoid, or foresee, the risk that said defendant or their employees would commit the acts complained of

3

LAW OFFICE OF
BARRY PASTERNACK
1230 columbia Street,
Suite 930
San Diego, CA 92101

COMPLAINT FOR DAMAGES, NEGLIGENCE (FTCA)

herein.

13. At all times relevant hereto, defendant, by and through its employees, breached their duty of care by not acting reasonably under the circumstances of such risk, as described herein above by negligently, carelessly and recklessly releasing medical records with the incorrect diagnosis, to wit, AIDS as opposed to HIV. As a result of this, plaintiff sustained serious emotional distress.

14. The United States through its agency, VA San Diego Healthcare, failed in its duty to release medical records which are accurate.

15. As a direct and proximate result of the aforesaid conduct and other tortious acts and omissions of the defendant, the United States of America, and the resulting injury to plaintiff, plaintiff has suffered and continues to suffer non-economic losses in an amount according to proof at trial.

16. As a direct and proximate result of the breach of duty, negligence and carelessness of defendant, as alleged herein, the government vehicle operated by the DVA employee was involved in a motor vehicle collision and Plaintiff was caused to suffer serious emotional distress.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff prays for the following relief from defendant for all causes of action as follows:

1. For general damages according to proof;

2. For special damages according to proof;

3. For pre-judgment and post-judgment interest as allowed by law;

4. For costs of suit incurred herein; and

5. For such other relief that this Court deems just and proper.

DATED: May 17, 2017					LAW OFFICE OF BARRY PASTERNACK

							By: s/: Barry Pasternack
							    Barry Pasternack, Esq.
							    Adrian Terrado, Esq.
							    E-mail: barry@bpinjurylaw.com
							    Attorneys of Record for Plaintiff:
							    Raphael Ricks

5

LAW OFFICE OF
BARRY PASTERNACK
1230 columbia Street,
Suite 930
San Diego, CA 92101

COMPLAINT FOR DAMAGES, NEGLIGENCE (FTCA)